# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RODRIGUEZ, an individual, CIRA CONCEPCION SALVADOR DE SALAS, an individual, RUTH HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS CORPORATION NO. 3, a Nevada corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:22-cv-01078 SSS (SPx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>District Judge Sunshine Suzanne Sykes |

Having considered Plaintiff Patricia Rodriguez, Cira Concepcion Salvador De Salas, and Ruth Hernandez and Defendant Cintas Corporation No. 3's Joint Stipulation of Dismissal with Prejudice:

It is HEREBY ORDERED that all claims and the entire action are HEREBY DISMISSED WITH PREJUDICE.

Date: July 26, 2023

_____
Hon. Sunshine Suzanne Sykes
U.S. District Judge

1